UNITED STATES DISTRICT COURT

ORIGINAL

DISTRICT OF MINNESOTA

ST. PAUL PAINTING INDUSTRY HEALTH & WELFARE FUND, ST. PAUL PAINTING INDUSTRY PENSION FUND, ST. PAUL PAINTING INDUSTRY VACATION FUND,

Plaintiffs,

and

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND, MINNESOTA STATE CONFERENCE OF PAINTERS,

Plaintiffs,

vs.

COMMERCIAL APPLICATORS, INC.,

Defendant.

Civil File No. 01-CV-1349 MJD/JGL

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P.41(a)(1), the Plaintiffs hereby dismiss with prejudice Defendant Commercial Applicators, Inc. from the above-captioned matter.

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: December 12, 2001

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

**ORDER**

IT IS HEREBY ORDERED that Defendant Commercial Applicators, Inc. is dismissed from this action with prejudice.

Date: 12-19-01

[signature]
Michael J. Davis
Judge of District Court