UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Painting Industry
Health and Welfare Fund, et al.,

Plaintiff,

ORDER

v.

Civil 01-1349 (MJD/JGL)

Commercial Applicators, Inc. and
Jeffrey House,

Defendants.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. The case remaining against defendant, Jeffrey House, individually, be **DISMISSED** for lack of prosecution.

Dated:

Michael J. Davis

MICHAEL J. DAVIS, Judge
United States District Court

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________